IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| STATE FARM MUTUAL AUTOMOBILE | ) | |
|---|---|---|
| INSURANCE COMPANY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CV-518 |
| | ) | Phillips |
| JENNIFER HUNT, ROBERT HUNT, | ) | |
| WILLIAM HUNT and BETTY K. HUNT, | ) | |
|     Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, judgment is granted in favor of State Farm Mutual Automobile Insurance Co.

The trial scheduled for October 19. 2010 is **CANCELLED.**

ENTER:

      s/ Thomas W. Phillips
United States District Judge